## Commonwealth *v.* Tate, Appellant.

Submitted September 11, 1972. *Otis Tate,* appellant, in propria persona; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wideman, Appellant.

Submitted September 11, 1972. *Marshall E. Kresman* and *Lewis A. Walder,* for appellant; *Maxine J. Stotland* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.